# Notice Recipients

| District/Off: 0311−1 | User: admin | Date Created: 2/28/2025 |
|---|---|---|
| Case: 25−10029−KBO | Form ID: 309D | Total: 7 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Coastal Crew Change Company, LLC | 14110 N. Dallas Parkway | Suite 240 | Dallas, TX 75254 |
| clagent | OMNI AGENT SOLUTIONS INC | 5955 DE SOTO AVE STE 100 | WOODLAND HILLS, CA 91367−5100 | |
| tr | Alfred T. Giuliano | Giuliano Miller & Co., LLC | 2301 E. Evesham Road | Pavillion 800, Suite 210    Voorhees, NJ 08043 |
| aty | Clifford Ray Wood, Jr | Landis Rath & Cobb | 919 Market Street | P.O. Box 2087    Suite 1800    Wilmington, DE 19899 |
| aty | Matthew B. McGuire | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800    Wilmington, DE 19899 |
| 19713077 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 |
| 19713076 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801−0820 |

TOTAL: 7